AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, TRUMBULL INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No.  2:26-cv-91 |
| RITE RUG CO., 4450 Poth Road Whitehall, Ohio 43213 | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  RITE RUG CO
C/O
VICTOR D. RADEL
3659 GREEN ROAD STE 217
BEACHWOOD OH 44122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey A. Belzer, 0071899
Wilson Elser Moskowitz Edelman & Dicker
161 N. Clark, Suite 4500
Chicago, IL 60601
(312) 704-0550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  01/27/2026

*Signature of Clerk or Deputy Clerk*